**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on October 3, 2023**

**Scott M Grossman**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 22−10954−SMG**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*
NORTH STAR FLIGHT ACADEMY LLC
1020 W Cypress Creek Rd., Hangar 7
Fort Lauderdale, FL 33309

EIN: 82−4350330

# FINAL DECREE

The trustee, Leslie S Osborne, having filed a final report that the estate has been fully administered, is discharged and the case is closed.